IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDULLAH HANEEF IBN-SADIIKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 22-821 |
| v. ) | |
| ) | |
| COMMONWEALTH OF ) | Judge Marilyn J. Horan |
| PENNSYLVANIA and THE DISTRICT ) | Magistrate Judge Lisa Pupo Lenihan |
| ATTORNEY OF ALLEGHENY COUNTY, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF THE COURT**

Abdullah Haneef Ibn-Sadiika has filed a Petition for Post Conviction Relief as per 42 Pa. C.S.A. §§ 9541-9546 and/or Habeas Corpus Petition Relief as per 42 Pa. C.S.A. §§ 6501-6505, challenging his judgment of sentence following his conviction for first-degree murder and robbery in the Allegheny County Court of Common Please at Nos. CP-02-CR-0010761-1984 and CP-02-CR-0011275-1984. (ECF No. 5). The case was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Local Civil Rules 72.C and D. On June 23, 2022, Judge Lenihan issued a Report and Recommendation, recommending that this Court deny Petitioner's Petition for Post Conviction Relief and/or Habeas Corpus Petition Relief. (ECF No. 8). Judge Lenihan also recommended that a certificate of appealability be denied and that Petitioner's "Motion for Order Fixing Date for Hearing on Removal Petition" be denied. (ECF No. 8). Petitioner was informed that written Objections to the Report and Recommendation were due by July 7, 2022. (ECF No. 8). Petitioner did not file any written Objections.

After a thorough review of Judge Lenihan's Report and Recommendation, IT IS HEREBY ORDERED that the Report and Recommendation is adopted as the Opinion of this

1

Court in its entirety. The Petitioner's Petition for Post Conviction Relief and/or Habeas Corpus Petition Relief is denied. A certificate of appealability is DENIED, as jurists of reason would not disagree with the analysis of the Report. IT IS FURTHER ORDERED that the pending "Motion for Order Fixing Date for Hearing on Removal Petition" is DENIED as moot.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the Petitioner desires to appeal from this Order, he must do so within thirty days by filing a notice of appeal as provided in Rule 4 of the Federal Rules of Appellate Procedure.

DATE: August 24, 2022

Marilyn J. Horan
United States District Judge

cc: Abdullah Haneef Ibn-Sadiika
AP-8980
SCI-Huntingdon
1100 Pike Street
Huntingdon, PA 16652
(via U.S. First Class Mail)

Honorable Lisa Pupo Lenihan
United States Magistrate Judge

All Counsel of Record via CM-ECF